Kenneth W. BRISCOE, Jr., Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 64274, 64350.

Missouri Court of Appeals, Eastern District, Division One.

June 21, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 11, 1994.

Application to Transfer Denied Sept. 20, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Kenneth Briscoe, appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).